**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| The Pencil Grip, Inc., | ) | Case No.:24-cv-4785 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Judge: Honorable John F. Kness |
| | ) | |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A, | ) | Magistrate: Honorable Young B. Kim |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, The Pencil Grip, Inc., hereby notifies this Court that the Plaintiff voluntarily dismisses with prejudice any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID | Seller Email |
|---|---|---|---|
| 7 | Antilogoo | A3EAEN0ENB2CEW | huntsut58@163.com |
| 10 | ASMANNA | AVB4XLZUUVVPZ | 250045925@qq.com |
| 20 | Bluecurry-Trade | A3W34PNOERLNB1 | woaichitao713@163.com |
| 35 | DYNWAVE US | AB3BKT8W3FHYB | baetymet.cs10@hotmail.com |
| 44 | FREKNOW-US | A3RK9G8YEHZJGI | lcy20230203@163.com |
| 51 | Gifleeyss | AFXKNJZYTL75N | gifleey@163.com |
| 58 | HAWOWZ | A2BXR4Z7G19FB4 | zydshirley@outlook.com |
| 114 | Shenghongamz | ACW9UJH41GYAD | shenghongamz@outlook.com |
| 117 | Swovo Shop | a292cydnfvil2g | sosogo798@gmail.com |
| 125 | vicereine | A270IWZ0UZQBY0 | vicereinelin@outlook.com |
| 126 | VINGVO | AAJ9RDHLKFFKA | shiutoed@126.com |
| 127 | VNDEFULbag | A36I352BX1SRVW | chentangjian0109@163.com |
| 145 | Yunyue | A3A78JGJ2FIAQE | lip380576261@outlook.com |
| 146 | Yutinyus | A1BMSNIZO95A87 | chenyutingt@sina.com |
| 154 | zjchao123 | A388EF2JRGUUQ3 | hsjiem@163.com |
| 193 | Pontous | 634418211304709 | yongyu.chan123@gmail.com |
| 197 | UNCOBOR | 634418210945329 | 383512871@qq.com |

Dated: August 16, 2024                                      Respectfully submitted,

By:    /s/ Rishi Nair

Rishi Nair

ARDC # 6305871

Keener and Associates, P.C.

161 N. Clark Street, Suite #1600

Chicago, IL 60601

(312) 375-1573

rishi.nair@keenerlegal.com
