IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PENCIL GRIP, INC., | No. 24-cv-04785 |
| Plaintiff, | |
| v. | Judge John F. Kness |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| Defendants. | |

**FINAL JUDGMENT ORDER**

IT IS ORDERED THAT judgment is entered in favor of Plaintiff The Pencil Grip, Inc. ("Plaintiff" or "Pencil Grip") and against all Defendants identified in the attached Schedule A who have not otherwise been dismissed from this action (the "Defaulting Defendants").

Defaulting Defendants have sold products bearing infringing and counterfeit versions of Plaintiff's federally registered trademark (the "Pencil Grip Trademark"), which is protected by U.S. Trademark Registration No. 5,398,500 to residents of Illinois. The Pencil Grip Trademark is described in the chart below.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES | REGISTRATION DATE |
|---|---|---|---|
| 5,398,900 | | Class 16: Writing Grips.<br><br>The mark consists of a three-dimensional configuration of the rounded bulbous end of a writing grip. The shading, which represents concavity, and dashed lines for the rest of the grip are not part of the mark and | February 13, 2018 |

| | | serve only to show the position of the claimed bulbous end. | |
|---|---|---|---|

Defaulting Defendants are liable for liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Pencil Grip Trademark or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Pencil Grip product or not authorized by Pencil Grip to be sold in connection with the Pencil Grip Trademark;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Pencil Grip product or any other product produced by Pencil Grip, that is not Pencil Grip's or not produced under the authorization, control, or supervision of Pencil Grip and approved by Pencil Grip for sale under the Pencil Grip Trademark;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Pencil Grip, or are sponsored by, approved by, or otherwise connected with Pencil Grip; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner,

products or inventory not manufactured by or for Pencil Grip, nor authorized by Pencil Grip to be sold or offered for sale, and which bear any of Pencil Grip's trademarks, including the Pencil Grip Trademark, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Wish US Holdings, LLC ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Pencil Grip Trademark; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Pencil Grip Trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Pencil Grip product or not authorized by Pencil Grip to be sold in connection with the Pencil Grip Trademark.

3. Upon Pencil Grip' request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Pencil Grip Trademark.

4.     Under 15 U.S.C. § 1117(c)(2), Pencil Grip is awarded statutory damages from each of the Defaulting Defendants in the amount of Fifty Thousand Dollars ($50,000) for willful use of counterfeit Pencil Grip Trademark on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5.     Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Inc., Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

6.     All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Inc., Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Pencil Grip as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Inc., Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Pencil Grip the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.     Until Pencil Grip has recovered full payment of monies owed to it by any Defaulting Defendant, Pencil Grip shall have the ongoing authority to commence supplemental proceedings under Rule 69 of the Federal Rules of Civil Procedure.

8.     If Pencil Grip identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Pencil Grip may send notice of any supplemental

proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Docket 23 and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The Ten-Thousand Dollar ($10,000) suretybond posted by Pencil Grip is hereby released to Pencil Grip or its counsel, Rishi Nair, Keener and Associates, P.C. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Pencil Grip or its counsel.

**This is a Final Judgment**.

SO ORDERED in No. 24-cv-04785.

Date: October 16, 2024

_____
JOHN F. KNESS
United States District Judge

**Schedule A**

| # | Seller Name | Seller ID | Email |
|---|---|---|---|
| 2 | AF25AGZ7A | A18QY24D4DDEJE | af25agz7a@outlook.com |
| 3 | Alldriey | A1HS09U6Q75IA0 | 1744188081@qq.com |
| 4 | andyyshop | A2K1PPEPTURFIW | gaofengyingxt@163.com |
| 5 | Annetech | A1VUOM8N8YUFC7 | angellastore@outlook.com |
| 8 | AnYaoUK | A2RIF5VC3Z0RKL | anyaouk@outlook.com |
| 21 | Bomach | A2VCQ9HN8WVIM8 | va1560@163.com |
| 25 | CHEN JIA JING | A20SCSXZ7FZP8V | 2468250559@qq.com |
| 28 | Contnary-US | A23DYNAHKJZXO | contnary@sina.com |
| 29 | Coogifts | A31H4U9P8VRYT7 | admin@amazon-coogifts.com |
| 31 | CUCUDAI | AI0IP3FAFMZLH | djisewpoespkf@2980.com |
| 33 | DAWEIF | a8cgwahg7q996 | tl57999722weigua@163.com |
| 34 | DONGPACHUSHANGMAO | A2JRGK545PH87B | dongpachushangmao@outlook.com |
| 36 | Easytree | a32nuesd0frx97 | yeh_us@163.com |
| 39 | FeiShare | A3H2V7RHCLAB8F | feixiang1901@163.com |
| 40 | FEIYIMAOYI | A2ZSWQJM2P0M44 | feiyimaoyi@outlook.com |
| 42 | Firesara-US | AZ70H1JRRN4T0 | amazus@126.com |
| 46 | Galaxlon | A2XWVPIU9XXE7C | galaxlon@congarlon.com |
| 50 | Gaxisolo | aqnbihytpnnqy | ckxkxgrfc@gmail.com |
| 53 | Giyujiaeu-US | ALWM7DTUW8KVB | guoyujiauk@hotmail.com |
| 54 | Greenuu | A3RGLFCR8RVZJ2 | redbanana168@163.com |
| 55 | guangzhouchunlukejiyouxiangongsi | A2E8AA6V74V6B7 | wangyeye56@yeah.net |
| 56 | GuangZhouDaiXingMaoYiYouXianGongSi1 | ADQ26UAVSXRFO | luozhipeng20020501@outlook.com |
| 61 | HUAI CHAO | A25FNUIVEPEJAX | huaichao0001@163.com |
| 64 | idealcoldbrew | A34YUB0X7NZIPC | bigbrotherstone@163.com |
| 65 | invisiblesecret | A2GS7Z2UCT85LF | jest979712@aliyun.com |
| 67 | jianshengjiankang | AE63O6CHL1ZR6 | jianshengjk@outlook.com |
| 68 | jjshxbhsh | A1ZEURPPCW6YRG | a548453365@163.com |
| 69 | JJYPet | A3C3LJLCCULO9B | lucy@jinjiangyi.com |
| 73 | Laiyukejiyouxiangongsi | A3DLQ5JH0HQEVM | br1020ukvf1846@163.com |
| 75 | Lianyingqichebaihuo | A3VTLAU1W5OKZN | huahe7739@163.com |
| 78 | lin yi tao | A1AJ2TSCIFI8J3 | dont2settle@163.com |
| 80 | LLZX | AOSYGIEE3LZG0 | jbd22lihailuan@126.com |
| 82 | lubenjoystech | A1UO22FIYH1BLV | qs57639336gang@163.com |
| 83 | LZYã€• US STOREã€' | A2YS4XUPTXALPG | tcz835818@163.com |
| 84 | macrovava | A24MUYZEHVC6EW | marcysax@126.com |
| 88 | MMBU | A3F89QXS5FHUHR | mmbdzus@163.com |
| 90 | Mysisshop | A1QPW6YICEXB9D | newmimak150@gmail.com |
| 92 | NingboFantai | AERVQ47CNXGWN | sunny.he@nbmirage.com |

| 93 | OCTOPI | A19LX5SXFMBVXT | qq979845869@163.com |
|---|---|---|---|
| 97 | Peach ideal | A2VCAI1DK9DI6E | 18439596130@163.com |
| 98 | Peiiwdc | A24PUR2PIG43A9 | swenbend@2980.com |
| 99 | pengheva-US | AKJZ58194A5Q0 | eqkzmx382j@outlook.com |
| 100 | PersimmonD | A1UPWWJ39I3VTJ | lalrrham@esdndora.com |
| 102 | pxzyzr | A2SHGDZRXLFE9T | pengyou965en@outlook.com |
| 104 | Rhfemd | A1MNI93HCBWIFA | fgbfyhgfh@163.com |
| 106 | ruikelindianzishangwu | APUX2IS0CDVCI | 921780113@qq.com |
| 108 | SAUJNN | AW36KNT48V0J2 | chenyufenus1997@163.com |
| 109 | Scafiv | A14U3TE0RQVIJ | m13685512507@yeah.net |
| 110 | SDTYLTGJ | A2UJ2IPOCPJ2O8 | 1334366228@qq.com |
| 112 | SGTJ9485-US | A2B10KO8N958V | zhilingongyi@hotmail.com |
| 115 | Shuxiwo-US | AMM15Z4NWJQUP | womenbugaia@outlook.com |
| 118 | TACYKIBD | A2813448XJ9WV6 | xuds60@163.com |
| 119 | Tanabata a | A3BM1C9KFNWYCN | einonrry@goasrris.com |
| 120 | TINGWENMAOYI | A1LY9H39H0IEDN | tingwenmaoyi@outlook.com |
| 121 | Tootye us | A3A9O9KCD6WLH6 | pfglgkflkf@hotmail.com |
| 124 | Verhasa | A2LQA0GPO5HG67 | vedharshan@perura.com |
| 129 | WEIã€• US STOREã€' | A2TH1M7OUGYRQE | nana909793@outlook.com |
| 130 | weideriyongbaihuo301 | A3I7WR3M9WO29U | buliaolzhi4@163.com |
| 134 | Wlanhejio-US | A3P0EVR9M39XQM | hisipaow@sina.com |
| 137 | WYPKAD | AT0OQJ8JYBWYG | 13850472919@163.com |
| 140 | YANGSUS | a32kdik5r7fb1v | apupdyq@163.com |
| 141 | Yeyetee | A8JLWEM38K81Z | arthurrein@outlook.com |
| 142 | yinlu dianzi | A2U1FP10XEEZXV | verolanier@paulut.com |
| 143 | ymxkybhd | A1FU50G374US1X | 13523608678@163.com |
| 148 | Ywengouy | A3IT24HRDDJ1S5 | rxi47745be@sina.com |
| 150 | zhengzhoushiguanchenghui zuquhongmabaihuodian | A2CL718B4VB9GW | 115988958250@163.com |
| 151 | Zhi YUan | A121C45GHQWXEK | izscgq286@163.com |
| 153 | ZHOU LULU | A16JC4X2FS9WKM | zhou15023188007@163.com |
| 155 | Zouing-US | A37TT6LI3K63LP | guangzhoumingyu@outlook.com |
| 157 | besgohouseware | 21280399 | besgohome@outlook.com |
| 158 | byfw | 21800646 | charger99@126.com |
| 159 | easy_deal | 20329606 | chwsong88@yahoo.com |
| 160 | fxug | 21800495 | yunht2017@126.com |
| 161 | hairhealthshop | 21766669 | year@bde.net.cn |
| 162 | ifashion89 | 21084854 | 402847696@qq.com |
| 163 | jimmyliumasks | 14028171 | jim1980@126.com |
| 164 | keeg Store | 21814889 | 3338238120@qq.com |
| 165 | kupb | 21800638 | charger99@126.com |
| 166 | kxingshop | 21634683 | m16560314348@163.com |
| 167 | paronas | 21635009 | m16508744269@163.com |

7

| 168 | shenlao741 | 21591586 | shenlao741@21cn.com |
|---|---|---|---|
| 169 | weddingparty | 17503454 | zhouxiaolin1314@163.com |
| 170 | ytlighting | 21298402 | 2325809393@qq.com |
| 173 | Confucian household items | 2580972207634 | 27908006@qq.com |
| 176 | Hubaok | 634418210436336 | kxe3352@163.com |
| 177 | HWDDQ toys | 634418211573395 | 1454122087@qq.com |
| 178 | ii buy | 634418211467358 | 1345253593@qq.com |
| 181 | KARLEYE | 6135614786203 | 663620556@qq.com |
| 183 | KJTe Bro | 17347068339 | 2429319762@qq.com |
| 194 | SimpleLuckyLife | 6164913917571 | wgm5188@126.com |
| 195 | Starlight General Merchandise | 634418211197146 | 2667384225@qq.com |
| 199 | yanruxi | 634418212265444 | 312677351@qq.com |
| 200 | ZZR | 634418213088216 | 2704097629@qq.com |