**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: The Pencil Grip, Inc. and Unincorporated Assn's

Case Number: 1:24-cv-4785

An appearance is hereby filed by the undersigned as attorney for:

**Defendant Mitaiko**

Attorney name (type or print): Baruch S. Gottesman

Firm: Gottesman Legal PLLC

Street address: 11 Broadway, Suite 615

City/State/Zip: New York, NY 10004

Bar ID Number
NY 4480539 / N.D.Ill. 4480539
(See item 3 in instructions)

Telephone Number: (212) 401-6910

Email Address: baruchgottesman@gmail.com   bg@gottesmanlegall.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 6, 2025

Attorney signature: S/ Baruch S. Gottesman

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015