IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE PENCIL GRIP, INC.,** <br><br> Plaintiff, <br><br> ~ *against* ~ <br><br> **THE PARTNERSHIPS** *and* **UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",** <br><br> Defendants, | **Case No.: 1:24-cv-4785** <br><br> **Judge:** The Honorable John F. Kness |

**DEFENDANT SARAFIRE-US' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant SaraFire-US respectfully submits this Notice of Supplemental Authority, namely, the decision of District Judge Robert W. Gettleman in the matter of *Celine S.A. v. P'ships & Unincorporate Ass'ns Identified on Schedule "A"*, Case No. 24-cv-6208, 2025 U.S. Dist. LEXIS 39471 (N.D. Ill. Mar. 5, 2025).

As is relevant for this pending Motion, Judge Gettleman reviewed the caselaw on the applicability of Article 15, and confirmed that even assuming e-mail service is proper on Defendants based in China, the six (6) month requirement under Article 15 still applies.

And in this case, since the Judgment was entered within six (6) months of Service of Process, the Judgment was void.

The Defendant thanks the Court for their continuing attention to this matter.

1

2

DATED: March 9, 2025

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2025, simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means:

**Rishi Nair**
NAIR LAW LLC
161 N. Clark Street, Suite 1600
Chicago, IL 60601
Phone: (312) 375-1573
Email: Rishi.Nair@nairlawllc.com
*Counsel for Plaintiff Pencil Grip*

All other Appearing Parties via ECF