**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| The Pencil Grip, Inc., | Case No.:24-cv-4785 |
| Plaintiff, | |
| v. | Judge: Honorable John F. Kness |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | Magistrate Judge: Honorable Young B. Kim |
| Defendants. | |

**STATUS REPORT**

Plaintiff, The Pencil Grip, Inc., submits this status report as to the status of the bond [Dkt. No. 14] in accordance with the Court's Order dated July 8, 2025 [Dkt. No. 61].

Plaintiff's counsel, Rishi Nair, has searched his records and case file and could not locate the surety bond at issue. After conferring with the Clerk of Court's staff, Plaintiff's counsel confirmed that the bond paperwork is still located with the Clerk's Office. The Clerk of Court viewed the document and informed Plaintiff's counsel that the bond was issued over a year ago. The bond has since expired. The Clerk's Office can send the bond paperwork as directed by the Court.

Dated this 11th of July, 2025

Respectfully submitted,

By: /s/ Rishi Nair
Rishi Nair
ARDC # 6305871
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
rishi.nair@keenerlegal.com